# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-812V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| DANA HUGHES, | \* | Chief Special Master Corcoran |
| Petitioner, | \* | Filed:  February 4, 2026 |
| v. | \* | |
| SECRETARY OF HEALTH AND HUMAN SERVICES | \* | |
| Respondent. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS

On May 12, 2025, Dana Hughes filed a petition for compensation under the National Vaccine Injury Compensation Program. Petitioner alleged that she suffered injuries from an HPV vaccine she received on May 10, 2022. Petition (ECF No.1) at 1.

On June 9, 2025, Petitioner filed a Notice of Voluntary Dismissal. In light of this filing (received before Respondent's Rule 4(c) Report), pursuant to Vaccine Rule 21(a)(1)(A) **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of the Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

Brian H. Corcoran
Chief Special Master